**Petition Denied and Memorandum Opinion filed June 14, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00199-CV

## GSM WINGS IV, LLC, SERC, INC., ROBERT PINA AND GSM WINGS II, LLC, Appellants

### V.

## EQYINVEST OWNER II, LTD., LLP, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2018-29745**

## MEMORANDUM OPINION

Appellants petition this court to allow a permissive interlocutory appeal of the trial court's March 3, 2022 amended order denying defendants' motion for summary judgment.

To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a

substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation." Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d); *see also* Tex. R. App. P. 28.3(a), (e)(4); Tex. R. Civ. P. 168. After reviewing the petition, the record, appellee's response, and appellants' reply, we conclude that the petition does not meet the requirements for a permissive interlocutory appeal.

Accordingly, we deny the petition for permissive interlocutory appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.